UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LUCKENBACH TEXAS, INC.,** §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>**PAUL ENGEL,** §<br>*Defendant* § | No. 1:19-CV-00567-DH |

# ORDER

Before the Court is Plaintiff Luckenbach Texas, Inc.'s (LTI) motion to compel, Dkt. 74. LTI's motion seeks (1) production of documents related to Defendant Engel's 2022 financials; and (2)(a) production of a privilege log detailing all communications with third parties—including with Stewart Skloss and his agents, representatives, and others working on his behalf—that have been withheld pursuant to the assertion of a privilege; or, alternatively, (2)(b) an order compelling Engel to produce any such communications on the basis that Engel forfeited privilege protection for these withheld documents. Dkt. 74, at 8-9. The Court set the motion for a hearing, Dkt. 79, and heard argument on the motion on September 19, 2022. In their advisory to the Court filed before the hearing, the parties indicated that they had resolved their dispute regarding Engel's 2022 financials, *see* Dkt. 82, so all that remains to resolve is whether Engel should be compelled to produce a privilege log or, alternatively, produce the withheld documents.

Having considered the arguments of counsel at that hearing, along with the parties' filings, for the reasons stated on the record, the Court **GRANTS** LTI's motion

1

to compel, Dkt. 74. The Court **ORDERS** Engel to produce the requested privilege log to LTI by 5:00 p.m. on Monday, September 26, 2022.

SIGNED September 19, 2022.

                                         DUSTIN M. HOWELL
                                         UNITED STATES MAGISTRATGE JUDGE