UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LUCKENBACH TEXAS, INC.,** § | |
| *Plaintiff* § | |
| § | |
| v. § | No.  1:19-CV-00567-DH |
| § | |
| **PAUL ENGEL,** § | |
| *Defendant* § | |

# ORDER

Plaintiff Luckenbach Texas, Inc, in its Challenge to Defendant's Privilege Log, Dkt. 89, disputes the privilege and work-product designations set out in the recently produced privilege log served by Defendant Engel, as ordered by the Court in Dkt. 86. This latest motion asks the Court to conduct an in camera inspection of the 1,038 documents identified in Engel's privilege log. Dkt. 89, at 9; *see* Dkt. 89-1 (privilege log). The Court agrees that in camera inspection of these documents is necessary to resolve this dispute.

Accordingly, the Court **ORDERS** Engel to provide these documents to the Court. The Courtroom Deputy for the Court will contact counsel with instructions for how to upload the documents, and a naming convention for the files to ensure they are easily located and reviewed by the Court. Engel may upload the documents on a rolling basis, but the upload must be complete by **5:00 p.m., Monday, October 10, 2022**, to ensure the Court has adequate time to review the challenged documents.

SIGNED October 6, 2022.

                                              DUSTIN M. HOWELL
                                              UNITED STATES MAGISTRATGE JUDGE