IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCKENBACH TEXAS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 19-cv-00567-DH |
| | § | |
| PAUL ENGEL d/b/a LUCKENBACH | § | |
| LODGE | § | |

**JOINT MOTIONS IN LIMINE**

Plaintiff Luckenbach Texas, Inc. ("Plaintiff") and Defendant Paul Engel d/b/a Luckenbach

Lodge ("Defendant") file this Joint Motion in Limine. The parties have conferred and agreed upon

the following motions in limine:

1. <u>Whiskey.</u> Evidence or allegations that Luckenbach's licensing of whiskey is unlawful use of the trademark so long as Plaintiff does not introduce evidence or refer to its licensing of its trademarks to any manufacturer of alcoholic beverages.  Any evidence or argument claiming that Luckenbach's licensing of whiskey is in violation of TABC law is immaterial to the issue in this action and therefore inadmissible. *See* FED. R. EVID. 402.


    GRANTED _____x_____ DENIED _____


2. <u>Unpleaded or Dismissed Defenses.</u> Arguments and evidence concerning laches, unclean hands, or fraud.  This Court granted summary judgment on Defendant Paul Engel's laches defense as well as his unclean-hands defense.  Doc. 51 at 17–19.


    GRANTED _____x_____ DENIED _____


3. <u>Protectable Mark.</u> Any evidence or argument denying that Luckenbach owns an exclusive, legally protectable mark for goods and services covered in the registrations or suggesting that its trademarks are invalid or otherwise unworthy of protection.


    GRANTED _____x_____ DENIED _____

4. <u>Abandonment.</u> Any evidence or argument related to Engel's claim that Luckenbach has abandoned its marks, so long as Luckenbach does not seek to introduce evidence regarding its licenses.

GRANTED _____x_____ DENIED _____

5. <u>Undesignated Expert or Opinion Witness.</u> Any expert or other opinion testimony or evidence from a witness, whether lay or expert, whether retained or unretained, who was not properly disclosed in the required Rule 26 disclosures.

GRANTED _____x_____ DENIED _____

6. <u>Insufficiently Designated Expert or Opinion Testimony or Evidence.</u> Any expert or opinion testimony or other evidence from a witness, whether lay or expert, whether retained or unretained, for which the subject matter of his or her opinions and bases for such opinions was not properly set forth in the required Rule 26 disclosures.

GRANTED _____x_____ DENIED _____

7. <u>Unproduced documents or other exhibits.</u> Any document requested or required to be disclosed under applicable Federal Rules of Civil Procedure, but which was not produced prior to the deadline for the parties to file their exhibit lists, unless agreed by the parties in writing prior to trial or ruled upon by the Court.

GRANTED _____x_____ DENIED _____

8. <u>Contents of Documents not (yet) Admitted.</u> The contents of any document not then admitted in evidence, except (1) to establish the predicate for admissibility or (2) impeachment of a witness then on the witness stand.

GRANTED _____x_____ DENIED _____

9. <u>Bad Faith Cross Examination.</u> Cross-examination questions suggesting facts for which the questioning lawyer has no good faith basis for expecting that such facts will be supported by admissible evidence at trial. FED. R. EVID. 403.

GRANTED _____x_____ DENIED _____

10. <u>Settlement or Mediation.</u> Without approaching the bench, references to settlement or mediation other than to prove a witness's bias or prejudice, negating a contention of undue delay, or proving an effort to obstruct a criminal investigation or prosecution. FED. R. EVID. 408.

GRANTED _____x_____ DENIED _____

SIGNED ON OCTOBER 18, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE